IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY F. HIGNITE,**<br><br>             Plaintiff,<br><br>    v.<br><br>**T. FELKER, et al.,,**<br><br>             Defendants. | 2:07-cv-0732 GEB DAD P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, Defendant Felker is granted a 30-day extension of time to file a responsive pleading. Defendant's responsive pleading shall be due on or before September 17, 2007. IT IS SO ORDERED.

DATED: August 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hig0732.36ans