IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY F. HIGNITE,

    Plaintiff,                    2:07-cv-0732-GEB-DAD-P

    vs.

T. FELKER, et al.,

    Defendants.             <u>ORDER</u>

                            /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  The parties have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1 proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3      1. The findings and recommendations filed July 14, 2008 are adopted in full;

4      2. Defendants' October 16, 2007 motion to dismiss this action for failure to
5 exhaust administrative remedies is denied;

6      3. Defendants' October 16, 2007 motion to dismiss defendant Felker is denied;

7      4. Defendants' October 16, 2007 motion to dismiss plaintiff's Eighth Amendment
8 claim is denied; and

9      5. Defendants' October 16, 2007 motion to dismiss plaintiff's retaliation claim
10 and any independent state law claim based on the HDSP contraband surveillance watch policy is
11 granted.

12 Dated: August 21, 2008

14 GARLAND E. BURRELL, JR.
15 United States District Judge