IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY F. HIGNITE,

        Plaintiff,                    No. CIV S-07-0732 DAD P

    vs.

T. FELKER, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed his second motion for the appointment of counsel. For the reasons set forth in the court's September 25, 2008 order, plaintiff's second request for appointment of counsel will be denied.

        Plaintiff has also filed a motion in limine and a motion for a writ of habeas corpus ad testificandum. The court has filed a discovery and scheduling order concurrently with this order. Because the court will set the matter for trial, if appropriate, at a later date, plaintiff's motions will be denied as premature.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 23, 2009 motion for the appointment of counsel (Doc. No. 47) is denied without prejudice;

2. Plaintiff's February 27, 2009 motion in limine (Doc. No. 48) is denied as premature; and

3. Plaintiff's February 27, 2009 motion for a writ of habeas corpus ad testificandum (Doc. No. 49) is denied as premature.

DATED: March 29, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hign0732.31+